1

2

3

4                      UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7     KENNETH E. GAGE,                          Case No.  25-cv-09208-HSG

8                      Plaintiff,               **ORDER OF TRANSFER**

9             v.

10    JANAN CAVAGNOLO, et al.,

11                     Defendants.

12

13          Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is

14    currently housed at California State Prison – Solano ("CSP-Solano"), in Vacaville, California.  He

15    has named as defendants CSP-Solano Warden Janan Cavagnolo and California Department of

16    Corrections and Rehabilitation Secretary Jeffrey Maccomber.  Plaintiff identifies Warden

17    Cavagnolo's employment location as Vacaville, California, and Secretary Maccomber's

18    employment location as Sacramento, California.  Plaintiff alleges that Defendants have violated

19    his rights under the First, Second, Fourth, and Fourteenth Amendments by retaining him in

20    custody without a valid judgment.  The events or omissions giving rise to Plaintiff's claim(s)

21    occurred at CSP-Solano, which is located in Vacaville, California, and the named defendants are

22    located in Vacaville and Sacramento, California.  Vacaville is located in Solano County and

23    Sacramento is located in Sacramento County.  Both Solano County and Sacramento County lie

24    within the venue of the Eastern District of California.  *See* 28 U.S.C. § 84(b).  The relevant events

25    took place in Vacaville.  Venue therefore properly lies in the Eastern District.  *See id.* § 1391(b).

26    //

27    //

28    //

United States District Court
Northern District of California

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.

2    § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern

3    District of California.  The Clerk is directed to close the case.

4    **IT IS SO ORDERED.**

5    Dated:    10/29/2025

6

7    _____
     HAYWOOD S. GILLIAM, JR.
     United States District Judge

United States District Court
Northern District of California